# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERMACITY CORP. and PERMACITY SOLAR INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION SOLAR RACKING INC., BOB (aka BABAK) SINAI and AHMET AKMAN, <br><br> Defendants. | Case No. 2:19-cv-01391 CBM (RAOx) <br><br> **ORDER DISMISSING CASE WITH PREJUDICE [JS-6]** |

Before the Court is Plaintiffs PermaCity Corp. and PermaCity Solar Inc. and Defendants Orion Solar Racking Inc., Bob (aka Babak) Sinai and Ahmet Akman's (collectively, "the Parties") Stipulation to Dismiss with Prejudice ("Stipulation").

The Court having reviewed the Parties' Stipulation, rules as follows:  This case, including all claims and counterclaims, is dismissed with prejudice.  The Court shall retain jurisdiction to enforce the Parties' June 22, 2020, Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: JULY 20, 2020  
_____  
Honorable Consuelo B. Marshall  
United States District Judge

-1-